JS-U

FILED
CLERK, U.S. DISTRICT COURT

FEB 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY AQUINO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　　Respondent. | NO. CV 07-0543 RGK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: FEB 22 2008, 2008.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE